NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**HELICOS BIOSCIENCES CORPORATION,**
*Plaintiff-Appellant,*

AND

**ARIZONA SCIENCE AND TECHNOLOGY ENTERPRISES, LLC, (doing business as Arizona Technology Enterprises),**
*Plaintiff,*

v.

**PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,** AND **LIFE TECHNOLOGIES CORPORATION,**
*Defendants,*

AND

**ILLUMINA, INC.,**
*Defendant-Appellee.*

———————————————

2013-1060

———————————————

Appeal from the United States District Court for the District of Delaware in No. 10-CV-0735, Judge Sue L. Robinson.

2        HELICOS BIOSCIENCES CORP. v. PACIFIC BIOSCIENCES

_____

## ON MOTION

_____

## O R D E R

The parties jointly move to dismiss the appeal due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25

ISSUED AS A MANDATE: July 15, 2013